**CASEY & BARNETT, LLC**
ATTORNEYS AT LAW
305 Broadway, Ste 1202
New York, New York 10007

mfc@caseybarnett.com  
Direct: 646-362-8919

Telephone: (212) 286-0225  
Facsimile: (212) 286-0261  
Web: www.caseybarnett.com

NEW JERSEY OFFICE  
Casey & Barnett, LLP  
PO Box 235  
Fanwood, NJ 07023

July 5, 2023

Via ECF

> Request **GRANTED**. The initial pretrial conference is hereby adjourned to **August 17, 2023 at 3 p.m.**
>
> Dated: July 6, 2023
> New York, New York
>
> **SO ORDERED.**
>
> */s/ Jennifer Rochon*
> **JENNIFER L. ROCHON**
> **United States District Judge**

Hon. Jennifer L. Rochon  
United States District Judge  
United States District Court  
Southern District of New York  
500 Pearl Street  
New York, New York 10007

Re: ***Continental Ins. Co. v. Kintetsu World Express etc et al.***
23-cv- 3317 (JLR)
Our Ref: 404-30

Dear Honorable Judge Rochon:

We represent the plaintiff in this matter. We write to request that the Initial Rule 16 Conference, scheduled for July 27, 2023 [Dkt # 6] be adjourned to a date in August, or other date convenient for the Court due to the fact that the undersigned will be on vacation from July 19, 2023 through August 1, 2023. Counsel for the defendants consent to this request.

Respectfully submitted,
**CASEY & BARNETT, LLC**

*/s/ Martin Casey*
Martin F. Casey

cc: Charles E. Schmidt    via email
    Michael Fernandez     via email