UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

CONTINENTAL INSURANCE COMPANY,

                        Plaintiff,

-against-

KINTETSU WORLD EXPRESS (USA) INC., *et al.*,

                        Defendant.
------------------------------------------------------------------X

**ORDER**

**23-cv-3317 (JLR) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

      The parties are directed to contact Courtroom Deputy Christopher Davis via e-mail at WillisNYSDChambers@nysd.uscourts.gov and provide three mutually agreeable dates for a settlement conference by **September 15, 2023**. Proposed dates should be in the October, November, or December. Any conference will be held in-person at Courtroom 228, 40 Foley Square, New York, New York.

      Parties must attend in-person with their counsel. Corporate parties must send the person with decision making authority to settle the matter to the conference. The parties are instructed to prepare pre-conference submissions in accordance with Judge Willis's Standing Order for all Cases Referred for Settlement.

      SO ORDERED.

DATED:    New York, New York
               September 8, 2023

                                              *Jennifer E. Willis*
                                              JENNIFER E. WILLIS
                                              United States Magistrate Judge